# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

2020 JAN 16 PM 12:17

DEPUTY CLERK ____

**Plaintiff:** Charity Colleen Crouse

v.

**Defendant:** Texas State Senate

**Civil Action No.:** 3-20CV-0114X

## COMPLAINT

Please see attached "Request for Trial of Impeachment" and "Addendum to Request for Impeachment of Texas State Senate" dated Jan. 13, 2020. The request concerns violations of the Texas Constitution, including in reference to the Texas Judiciary, and hence qualifies for federal jurisdiction.

\* Attach additional pages as needed.

**Date:** Jan 16, 2020
**Signature:** [signature]
**Print Name:** Charity Colleen Crouse
**Address:** 5916 Beechbrook Dr., #231
**City, State, Zip:** Dallas, TX 75206
**Telephone:** 469-372-7853

United States District Court

for the

Northern District of Texas

| | |
|---|---|
| **Charity Colleen Crouse** | ) |
| v. | ) |
| **Texas State Senate** | ) |

## Request for Trial of Impeachment

Petitioner Charity Colleen Crouse, *pro se*, requests a Trial of Impeachment of the members of the Texas State Senate for permitting numerous unconstitutional pieces of legislation to move forward in the State of Texas as well as permitting the implementation of unconstitutional procedures regarding reporting on and in regards to third-party contracting in the State of Texas. These laws concerning third-party contractors commenced on Jan. 1, 2020.

Article 15, Section 2 of the Texas Constitution "Trial of Impeachment of Certain Officers by Senate" puts jurisdiction for impeachment of the Texas Governor, the Attorney General of Texas and Judges of the Supreme Court of Texas under the Texas Senate. In more than three years the Texas State Senate has refused to impeach the Texas Governor, the Attorney General of Texas or the Judges of the Supreme Court of Texas for their participation in aiding and abetting criminal activities in abrogation of their duty to uphold the Texas Constitution.

Crouse contacted local members of the Texas Senate and House of Representatives in May of 2017 while living in Houston, TX. This occurred after Crouse contacted the Texas Medical Board and the State Bar of Texas during their review before the Texas Sunset Commission in 2017. Crouse again contacted members of the Texas Senate and House of Representatives on Aug. 2, 2017, prior to a declaration of a State of Emergency alleged to be in response to Hurricane Harvey. Crouse received no response and instead was witness to abuses of the Texas Constitution, including efforts to implement as law "amendments" to the Texas Constitution that are in violation of the Bill of Rights. Section 29 of the Texas Constitution says:

> **Sec. 29. BILL OF RIGHTS EXCEPTED FROM POWERS OF GOVERNMENT AND INVIOLATE. To guard against transgressions of the high powers herein delegated, we declare that everything in this "Bill of Rights" is excepted out of the general powers of government, and shall forever remain inviolate, and all laws contrary thereto, or to the following provisions, shall be void.**

Since 2017, the Texas Legislature has attempted to pass off to the People of Texas responsibility for implementation of flagrantly unconstitutional laws under the auspices of "referenda" on amendments to the Texas Constitution. At no point did members of the Texas State Senate call for impeachment of any other officer in the government of Texas for their refusal to challenge the implementation of illegal and unconstitutional laws, or for their refusal to protect the People of Texas from liabilities and other consequences as a result of defaulting on terms of the contract that is the Texas Constitution, in violation of Section 16 of the Texas Constitution, which says:

> **Sec. 16. BILLS OF ATTAINDER; EX POST FACTO OR RETROACTIVE LAWS; IMPAIRING OBLIGATION OF CONTRACTS. No bill of attainder, ex post facto law, retroactive law, or any law impairing the obligation of contracts, shall be made.**

As Crouse maintained in a follow-up to her "Petition for Leave of Information in the Nature of Quo Warranto," *17-0622*, Aug. 3, 2017, the Texas Constitution constitutes a contract with the People of Texas and hence any other contract in the State of Texas is subordinate to the Bill of Rights. It is also the duty of members of the Texas Legislature, including the members of the Texas State Senate, to uphold the Texas Constitution in fulfillment of the terms of their contract with the People of Texas. Proper exercise of their responsibility to honor their contract with the People of Texas would have prevented the implementation of legislation that took effect on Jan. 1, 2020 giving the Attorney General of Texas special exception to negotiate terms with third-party contractors. These terms impede the People of Texas being availed of their rights to information concerning third-party contract holders who may be in breach of the contract the government of Texas has to the People of Texas per its requirement to uphold the Bill of Rights of the Texas Constitution. Section 2 of the Texas Constitution states:

> **Sec. 2. INHERENT POLITICAL POWER; REPUBLICAN FORM OF GOVERNMENT. All political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit. The faith of the people of Texas stands pledged to the preservation of a republican form of government, and, subject to this limitation only, they have at all times the**

**inalienable right to alter, reform or abolish their government in such manner as they may think expedient.**

Crouse requests a "reform" in the manner of impeachment of the current members of the Texas State Senate for refusal to honor their contract with the People of Texas and a move to call immediately for new elections to commence in the State of Texas.

Crouse requests further an injunction on all laws, specifically those concerning third-party contractors, that were set to take effect in the State of Texas beginning on Jan. 1, 2020 pending a review for their Constitutionality and adherence to the pre-existing contract in the form of the Bill of Rights of the Texas Constitution.

Crouse requests a further injunction on the implementation of all "Constitutional Amendments" concerning additional tax law changes in the State of Texas pending a review of the Constitutionality and adherence to the pre-existing contract in the form of the Bill of Rights of the Texas Constitution.

Crouse requests a further injunction against the continued implementation of SB 151 and HB 2763 of 2019 and SB 4 and SB 15 of 2017 pending a review of their Constitutionality and adherence to the pre-existing contract in the form of the Bill of Rights of the Texas Constitution.

/s/: **Charity Colleen Crouse**
Charity Colleen Crouse, *pro se*
[REDACTED]
[REDACTED]
[REDACTED]
Email: charity.colleen.crouse@outlook.com
Jan. 13, 2020

4

**United States District Court**

**for the**

**Northern District of Texas**

| | |
|---|---|
| **Charity Colleen Crouse** | ) |
| v. | ) |
| **Texas State Senate** | ) |

### Addendum to Request for Impeachment of Texas State Senate

Petitioner Charity Colleen Crouse, *pro se*, requests consideration of violation of the Texas Constitution by the Texas Governor and the Attorney General of Texas for the following:

**Sec. 21. CORRUPTION OF BLOOD; FORFEITURE OF ESTATE; SUICIDES.**

**No conviction shall work corruption of blood, or forfeiture of estate, and the estates of those who destroy their own lives shall descend or vest as in case of natural death.**

Crouse has attempted for several years to obtain redress in exercise of her rights to due process after being kidnapped and illegally declared to be mentally incompetent through a fraudulent mental health diagnosis. This diagnosis was issued as retaliation for attempting to report on fraud and child abuse, in addition to other crimes, at a domestic violence shelter.

1

Crouse was kidnapped under the auspices of a mental health detention between March 24, 2017 and April 3, 2017. Crouse was scheduled to appear in court on April 3, 2017 to contest the illegal detention and submit evidence in consideration of her original charges of fraud and child abuse, however, Crouse was prevented from leaving the illegal detention until after the court house had closed. Crouse found out that the next day, her grandfather died in another state. Crouse contends that factors surrounding the death of her grandfather were intentionally orchestrated by those in the public trust in Texas as part of long-term abuse of power and violations of the Constitution of the United States as well as the Texas Constitution.

Due to the refusal for years of anyone in an official capacity in the State of Texas to assist Crouse, the award of the estate of Crouse's grandfather has been impacted by subsequent events. Refusal of those in the public trust in the State of Texas to assist Crouse in challenging the illegal detention and instead aiding and abetting a conspiracy to commit fraud and child abuse, as well as other crimes that included refusing to assist Crouse with retraction of the mental health diagnosis, impacted the vestiture of benefits and other inheritance, tangible and intangible. Crouse is the first-born grandchild of a military veteran and member of law enforcement.

In consideration of this and other crimes that have been attempted for redress by Crouse officially since Dec. 10, 2016, Crouse requests consideration of these acts as violations of Section 22 of the Texas Constitution which states:

**Sec. 22. TREASON AGAINST STATE. Treason against the State shall consist only in levying war against it, or adhering to its enemies, giving them aid and comfort; and no person shall be convicted of treason except on the testimony of two witnesses to the same overt act, or on confession in open court.**

Crouse contends that following a declaration of a State of Emergency in the State of Texas in September of 2017 numerous legislative changes were implemented under fraudulent pretenses. These changes, and the implications of their implementation during a declared State of Emergency, were done in manners that aided and abetted the murders of numerous Texas citizens, including members of law enforcement. Crouse contends these acts and the attendant cover up, including efforts to defraud the People of Texas of their personal private property and means of self-defense such as access to due process, constitute a "levying of war" upon the "State" insofar as Section 2 of the Texas Constitution says:

**Sec. 2. INHERENT POLITICAL POWER; REPUBLICAN FORM OF GOVERNMENT. All political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit. The faith of the people of Texas stands pledged to the preservation of a republican form of government, and, subject to this limitation only, they have at all times the inalienable right to alter, reform or abolish their government in such manner as they may think expedient.**

Leveraging the safety of the People of Texas in manners that are fraudulent as part of a long-term effort to divest the People of Texas of their Constitutional rights is not only a violation of the Texas Constitution, but an act of war against the People of Texas.

Crouse attests to the validity of these accusations and also requests consideration of the fact that she has been intentionally prevented from exercise of her Constitutional rights per Sec. 17(b) of the Texas Constitution which says:

3

**Sec. 17. TAKING PROPERTY FOR PUBLIC USE; SPECIAL PRIVILEGES AND IMMUNITIES; CONTROL OF PRIVILEGES AND FRANCHISES. (a) No person's property shall be taken, damaged, or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person, and only if the taking, damage, or destruction is for:**

**...(b) In this section, "public use" does not include the taking of property under Subsection (a) of this section for transfer to a private entity for the primary purpose of economic development or enhancement of tax revenues.**

The current laws regarding third-party contracting were submitted for review, approved and allowed for implementation after more than three years of Crouse actively reporting to public government agencies in the State of Texas, including the Texas Insurance Commission, on how she had been defrauded and was seeking assistance in reporting and prosecuting a pattern of racketeering activity responsible for numerous crimes, including capital crimes. Rather than assist Crouse, these state agencies defaulted on their sureties by refusing to honor required reporting timelines while Crouse's property was further expropriated by those in the public trust in the State of Texas in violation of Section 17(d) of the Texas Constitution which states:

**Section 17. (d) When a person's property is taken under Subsection (a) of this section, except for the use of the State, compensation as described by Subsection (a) shall be first made, or secured by a deposit of money; and no irrevocable or uncontrollable grant of special privileges or immunities shall be made; but all privileges and franchises granted by the Legislature, or created under its authority, shall be subject to the control thereof.**

4

Instead, the Texas Legislature with the approval of the Texas Governor implemented legislative changes to increase access by third-party contractors to the property of the People of Texas and Texas citizens and also implemented methods by which to further prevent The People of Texas and Texas citizens from exercising their Constitutional rights to due process. In pursuit of this exercise of the rights due process, Crouse twice requested via the Supreme Court of Texas a secure manner in which to submit evidence and was denied both times in violation of her Constitutional right per Section 5 of the Texas Constitution which states:

**Sec. 5. WITNESSES NOT DISQUALIFIED BY RELIGIOUS BELIEFS; OATHS AND AFFIRMATIONS. No person shall be disqualified to give evidence in any of the Courts of this State on account of his religious opinions, or for the want of any religious belief, but all oaths or affirmations shall be administered in the mode most binding upon the conscience, and shall be taken subject to the pains and penalties of perjury.**

The implementation of the aforementioned laws in consideration of the attendant timelines is evidence that the acting representatives of the government of Texas intended to defraud Crouse of her personal private property. This made it available for illegal redistribution to others with whom they had engaged via contract in violation of their duty to uphold the Bill of Rights of the Texas Constitution in exercise of their ministerial duties. Crouse contends that the same has been done in regards to other Texas citizens and the People of Texas who relied upon the representatives of the Texas Legislative, Executive and Judicial branches to honor their contract with the People of Texas by upholding the Bill of Rights of the Texas Constitution.

Crouse further contends that per their agreed participation in unconstitutional acts with which they then attempted to entice the People of Texas into cooperation via approval on referenda concerning "Constitutional Amendments" that the members of the Texas Legislative, Executive and Judicial branches have agreed to waive their sovereign immunity.

/s/: **Charity Colleen Crouse**
Charity Colleen Crouse, *pro se*

Email: charity.colleen.crouse@outlook.com
Jan. 13, 2020

6

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: multiple
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Charity Colleen Crouse, pro se

Attorneys *(If Known)*
See attached

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | LABOR | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☒ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Texas Constitution Sec. 29, etc.

Brief description of cause:
Request [for] Trial of Impeachment of Texas State Senate

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: Jan. 16, 2020
SIGNATURE OF ATTORNEY OF RECORD: [signature] pro se

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.