# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHARITY COLLEEN CROUSE,<br>*Plaintiff*, | )<br>)<br>) |
| v. | ) Civil Action No. 3:20-CV-00114-X-BH<br>) |
| TEXAS STATE SENATE,<br>*Defendant*. | )<br>)<br>) |

## JUDGMENT

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is ORDERED, ADJUDGED, and DECREED that this civil action is DISMISSED WITH PREJUDICE, and any filings construed as pending motions be denied as moot.

The Clerk shall transmit to the parties a true copy of this Judgment and Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 16th day of August 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE